**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAIME ALBALADEJO,**
         **Plaintiff,**

-vs-                                           **Case No. 6:07-cv-1776-Orl-28UAM**

**PLAY TIME VENTURES, INC.,**
         **Defendant.**

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 21) filed March 21, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 31, 2008 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement is **GRANTED** to the extent that it is a fair and reasonable resolution of a bona fide dispute.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this  _17_  day of April, 2008.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party